UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> JOHN GRIFFIN HEADRICK, <br><br> Defendant. | CASE NO. 19-5015 BHS <br><br> ORDER WITHDRAWING REFERRAL, DENYING DEFENDANT'S MOTION TO PROCEED *IN FORMA PAUPERIS*, AND REMANDING |

This matter comes before the Court on John Griffin Headrick's ("Headrick") motion to proceed *in forma pauperis* and proposed removal. Dkts. 1, 1-2.

On May 13, 2019, Headrick filed the motion and proposed removal seeking to remove his state criminal matter from state court to federal court. *Id.* The Clerk referred the motion to United States Magistrate Judge David W. Christel pursuant to Western District of Washington General Order 02-19. *Id.*

Upon review of the material, the Court finds that the proposed removal is so frivolous that the referral should be withdrawn and an order immediately remanding the matter should be entered. The Court can deny permission to proceed *in forma pauperis* if the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). The Court finds that this action is

frivolous because a defendant facing charges for violations of state criminal statutes may not remove a proceeding from state court to federal court as a federal court does not have jurisdiction over state criminal matters.  If Headrick has defenses based on his federal rights, he should present those defenses in state court.  Therefore, the Court withdraws the referral, **DENIES** Headrick's motion to proceed *in forma pauperis*, and directs the Clerk to remand the matter to Grays Harbor Superior Court for the State of Washington.

**IT IS SO ORDERED**.

Dated this 16th day of May, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge